UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          ) Case No. 08-17254
JEFFERY G. BERAN,                         ) Chapter 13
                                          ) Bankruptcy Judge Bruce W. Black
Debtor.                                   )

## STATEMENT OF OUTSTANDING OBLIGATIONS

To:

Jeffery G. Beran
1131 Jerald Drive
Joliet, IL 60431

John A. Reed
63 W. Jefferson St., #200
Joliet, IL 60432

Glenn B. Stearns, Trustee
4343 Commerce Ct., #120
Lisle, IL 60532

NUMARK CREDIT UNION, by its attorney, states as follows:

1. The pre-petition arrearage claim has been paid in full.

2. The post-petition payments are in default in the amount of $2,450.99, as shown on the attached itemized statement.

/s/ James E. Popjoy
James E. Popjoy

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served copies of the foregoing STATEMENT OF OUTSTANDING OBLIGATIONS by mailing same in the U.S. Mail Chute located at 135 South LaSalle Street, Chicago, Illinois 60603, on November 15, 2010.

/s/ James E. Popjoy
James E. Popjoy #2233231
Attorney for Movant
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
312-368-1800

Jeffrey Beran
08-17254

| due date | amt due | amt received |
|---|---|---|
| 7/25/2008 | 322.99 | 463.61 |
| 8/25/2008 | 322.99 | 396.69 |
| 9/25/2008 | 322.99 | 396.72 |
| 10/25/2008 | 322.99 | 396.96 |
| 11/25/2008 | 322.99 | 396.98 |
| 12/25/2008 | 322.99 | 396.98 |
| 1/25/2009 | 322.99 | 793.96 |
| 2/25/2009 | 322.99 | 396.96 |
| 3/25/2009 | 322.99 | 396.98 |
| 4/25/2009 | 322.99 | 396.98 |
| 5/25/2009 | 322.99 | 396.98 |
| 6/25/2009 | 322.99 | 396.98 |
| 7/25/2009 | 322.99 | 396.98 |
| 8/25/2009 | 322.99 | 322.99 |
| 9/25/2009 | 322.99 | 322.99 |
| 10/25/2009 | 322.99 | 322.99 |
| 11/25/2009 | 322.99 | |
| 12/25/2009 | 322.99 | |
| 1/25/2010 | 322.99 | |
| 02/25/10 | 322.99 | |
| 03/25/10 | 322.99 | |
| 04/25/10 | 322.99 | |
| 05/25/10 | 322.99 | |
| 06/25/10 | 322.99 | |
| 07/25/10 | 322.99 | |
| 08/25/10 | 322.99 | |
| 09/25/10 | 322.99 | |
| 10/25/10 | 322.99 | |
| **TOTALS** | **9043.72** | **6592.73** |